1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       E-Mail: Garth.Hire@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO 4:97-0094 WDB
                                      )
15 |        Plaintiff,                )
                                      )
16 |    vs.                           ) NOTICE OF DISMISSAL
                                      )
17 | GREGORY ANTJUAN BOGAN,           )
                                      )
18 |        Defendant.                )
                                      )
19

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above-captioned complaint and

22 moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

23

24 DATED: June 21, 2019                         Respectfully submitted,

25                                              DAVID L. ANDERSON
                                                Acting United States Attorney
26
                                                      /s/
27                                              _____
                                                GARTH HIRE
28                                              Assistant United States Attorney

NOTICE OF DISMISSAL (4:97-0094-WDB)

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 4:97-0094-WDB. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: June 24, 2019

IT IS SO ORDERED

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL (4:97-0094-WDB)       2